UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: JOSE A ROSA GARCIA and MARGARITA FLORES GALARZA
HC-03 BOX 39472

CAGUAS PR 00725-0000   JUDGE: ENRIQUE S LAMOUTTE

CASE No. 96-06462-E

FINAL REPORT AND ACCOUNT

SS#1 - 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
SS#2 - 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

This Case was Commenced on Aug 21, 1996
The Plan was Confirmed on Mar 4, 1997
The Case was Concluded on Jan 17, 2000

THE SUBJECT CASE HAS BEEN PLAN COMPLETED

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the Trustee by or for the Debtor for the benefit of creditors.   $ 11100.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| ASSOCIATES FINANCE AMENDED BY #19 | UNSECURED | 3841.70 | .00 | .00 | .00 |
| ASSOCIATES FINANCE AMENDED BY #20 | UNSECURED | 1628.00 | .00 | .00 | .00 |
| ASSOCIATES FINANCE | UNSECURED | 2396.05 | 411.18 | .00 | 1984.87 |
| ASSOCIATES FINANCE | UNSECURED | 1753.91 | 301.01 | .00 | 1452.90 |
| ASSOCIATES FINANCE | UNSECURED | 1441.60 | 247.43 | .00 | 1194.17 |
| ASSOCIATES FINANCE | UNSECURED | 2492.66 | 427.76 | .00 | 2064.90 |
| BANCO POPULAR DE PUERTO RICO | UNSECURED | 9112.19 | 1563.80 | .00 | 7548.39 |
| BANCO POPULAR DE PUERTO RICO | UNSECURED | 1568.67 | 269.23 | .00 | 1299.44 |
| BEST FINANCE CORPORATION | UNSECURED | 1392.93 | 239.05 | .00 | 1153.88 |
| CLERK OF THE COURT | COURT CLA | 3.00 | 3.00 | .00 | .00 |
| COMMOLOCO, INC. | UNSECURED | 2150.70 | 369.08 | .00 | 1781.62 |
| COMMOLOCO, INC. | UNSECURED | 658.49 | 113.00 | .00 | 545.49 |
| COOPERATIVA A/C LA MERCED | UNSECURED | 8421.09 | 1445.19 | .00 | 6975.90 |

PAGE 1 - CONTINUED ON NEXT PAGE

CASE NO. 96-06462-E
DEBTOR(S): JOSE A ROSA GARCIA and MARGARITA FLORES GALARZA

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| COOPERATIVA A/C LA MERCED | UNSECURED | 5037.56 | 864.50 | .00 | 4173.06 |
| DEPARTMENT OF TREASURY 1995/1993 EST. | PRIORITY | 496.00 | 496.00 | .00 | .00 |
| FIRST BANK PUERTO RICO | UNSECURED | 4288.53 | 735.98 | .00 | 3552.55 |
| HMPR INC | NOTICE ON | .00 | .00 | .00 | .00 |
| HMPR INC (FORMERLY M BERRIOS) | UNSECURED | 941.83 | 160.62 | .00 | 781.21 |
| HMPR. INC. (FORMELY BWAC INT.) OBJ. GRANTED 5-23-97 | DISALLOWE | 941.83 | .00 | .00 | .00 |
| ISLAND FINANCE CORP | UNSECURED | 2715.67 | 466.02 | .00 | 2249.65 |
| LUIS CREDIT CARD | UNSECURED | 297.69 | 51.09 | .00 | 246.60 |
| MONEY EXPRESS | UNSECURED | 2742.36 | 470.62 | .00 | 2271.74 |
| MONEY EXPRESS | UNSECURED | 2856.91 | 490.31 | .00 | 2366.60 |
| JOSE A ROSA GARCIA | REFUND | 300.00 | 300.00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | TOTAL PAID |
|---|---|---|---|---|---|---|---|
| AMT ALL | 941.83 | 499.00 | 55738.54 | | 300.00 | 57479.37 | PRINCIPAL AND INT. |
| PRIN PD | .00 | 499.00 | 8625.87 | | 300.00 | 9424.87 | |
| INT PAID | .00 | .00 | .00 | | | 499.00 | 9424.87 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
DEBTOR'S ATTORNEY           FEE ALLOWED        FEE PAID
*ROBERTO FIGUEROA CARRASQUILL*   1000.00          1000.00

COURT COSTS AND OTHER EXPENSES OF ADMINSTRATION:

| FILING FEE & DEPOSIT | ADDITIONAL CHARGES | | TRUSTEE EXP. & COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|
| | 1% OF RECEIPTS | .25 EA CLAIM OVER 10 | | | |
| .00 | | .00 | 337.57 / 337.56 | .00 | 675.13 |

PAGE 2 - CONTINUED ON NEXT PAGE

CASE NO. 96-06462-E
DEBTOR(S): JOSE A ROSA GARCIA and MARGARITA FLORES GALARZA

WHEREFORE, your Petitioner prays that an order be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability of the within precedings and closing the estate, and for such other and further relief as is just.

I Certify, in accordance with FBR 5009, that the estate has been fully administered, and any objections must be filed within 30 days.

DATED: JAN 20 2000

RAMON F. LOPEZ, TRUSTEE

Parties in interest are granted twenty (20) days to object to the debtor's(s') discharge and that if no objections are filed, the discharge order will be entered without any further notice or hearing.

| | |
|---|---|
| 96-06462-E | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | | | |
|---|---|---|---|
| RAMON F LOPEZ<br>P.O. BOX 70370<br>SAN JUAN PR | 00936 | CELESTINO MATTA<br>CHARDON AVENUE<br>FEDERAL BUILDING<br>HATO REY PR | 00917 |
| *ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN PR | 00919 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424 B)<br>P.O. BOX 9024140<br>SAN JUAN, PUERTO RICO | 00902 |
| INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA<br>PDA 27 1/2 P DE LEON OFIC 914<br>SAN JUAN PR | 00918 | DEPARTMENT OF LABOR<br>BUREAU OF EMPLOYMENT<br>505 MUNOZ RIVERA<br>SAN JUAN PR | 00919 |
| HMPR. INC. (FORMELY BWAC INT.)<br>P.O. BOX 674<br>CIDRA, P.R. | 00739 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424 B)<br>PO BOX 9024140<br>SAN JUAN PR | 00902 |
| ASSOCIATES FINANCE<br>111 CARR 174 SUITE 2<br>INDUSTRIAL MINILLAS PARK<br>BAYAMON PUERTO RICO | 00959 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>G.P.O. BOX 36-6818<br>SAN JUAN, PUERTO RICO | 00936 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR | 00936 | BEST FINANCE CORPORATION<br>PO BOX 6090<br>PONCE PR | 00733 |
| COMMOLOCO, INC.<br>PO BOX 363769<br>SAN JUAN, PUERTO RICO | 00936 | COOPERATIVA A/C LA MERCED<br>P.O. BOX 1294<br>SAN LORENZO, PUERTO RICO | 00754 |
| CLERK OF THE COURT<br>COURT NOTICING FEES | 00000 | FIRST BANK PUERTO RICO<br>PRESTAMOS PERSONALES<br>PO BOX 9146<br>SANTURCE PR | 00908 |
| ISLAND FINANCE CORP<br>OF CAGUAS III<br>PO BOX 610<br>CAGUAS PR | 00726 | LUIS CREDIT CARD<br>URB BONEVILLE<br>A4-8 CALLE 46<br>CAGUAS PR | 00725 |
| MONEY EXPRESS<br>C/O LYDIA PACHECO<br>PO BOX 9146<br>SAN JUAN PR | 00908 | ASSOCIATES FINANCE<br>BANKRUPTCY AREA<br>111 CARR 174 SUITE 2<br>IND MINILLAS PARK BAYAMON PR | 00959 |
| HMPR INC<br>C/O MIGUEL A CORTES COLON<br>#28 CALLE PONCE<br>SAN JUAN PR | 00917 | HMPR INC (FORMERLY M BERRIOS)<br>PO BOX 674<br>CIDRA PR | 00739 |

PAGE 1 CONTINUED ON NEXT PAGE - CASE NO. 96-06462-E

96-06462-E                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

JOSE A ROSA GARCIA and MARGARITA FLORES GALARZA
HC-03 BOX 39472

CAGUAS PR                    00725

DATED: January 20, 2000                    DAVID RODRIGUEZ
                                           OFFICE OF THE CHAPTER 13 TRUSTEE